[No. 38008-7-I.    Division One.    April 28, 1997.]

STEVEN M. PARSONS, *Appellant*, v. PUBLIC EMPLOYEES INSURANCE AGENCY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-2-25114-9, Laura Inveen, J., entered November 21, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Agid, J.


[No. 38113-0-I.    Division One.    April 28, 1997.]

AEROSPACE MACHINISTS INDUSTRIAL DISTRICT LODGE 751, *Plaintiff*, v. THOMAS FLOYD BAKER, ET AL., *Respondents*, EDITH E. CANTU, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-16789-6, Robert S. Lasnik, J., entered January 17, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.


[No. 38199-7-I.    Division One.    April 28, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-04980-6, Richard A. Jones, J., entered February 23, 1996. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid and Ellington, JJ.


[No. 15086-1-III.    Division Three.    April 29, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL STARBUCK SEVERIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-00315-1, Marcus M. Kelly, J., entered August 7, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Thompson, J.